**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Elan Christopher LEWIS, Defendant—
Appellant.**

No. 08–7141.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 10, 2008.

Decided: Dec. 23, 2008.

Elan Christopher Lewis, Appellant Pro Se. David Thomas Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elan Christopher Lewis appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lewis,* No. 3:94–cr–00094–RLW–1 (E.D. Va. June 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*